UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:
DEBTOR (S)  Danny Lee Hakes

Case No: 14-32139-DOF
CHAPTER 13 PROCEEDINGS
JUDGE DANIEL OPPERMAN

ATTORNEY: Jeffrey A. Chimovitz
DATE FILED: 07/29/14
CLAIMS BAR DATE: 11/24/14
CONFIRMATION DATE:  09/16/14

TRUSTEE'S OBJECTION TO CONFIRMATION

☑ First Payment has not posted   ☐ Plan is unfeasible   ☑ Payment Order has not been filed

☐ Plan does not meet Best interest test $ _____

☐ Plan does not meet Means test: ☐ must be a 60 month ☐ must pay $ _____ to unsecured or
affidavit required.

☐ DSO Certificate will be required at Confirmation   ☐ Increase dividend to unsecured creditors to at least 10%

☐ Reconcile net income on schedule J with Plan payment

☐ Amend Plan to provide/clarify treament for _____

☐ Amend Plan to pay the following through Trustee's Office _____

☐ Amend Schedules for the following: _____

☐ Trustee objects to disposable income and requests verfication or amendment to the following budget items:
_____
_____

☐ Trustee objects to the payment of _____

☐ Exemptions are not accurate _____

Provide the following to the Trustee by _____ :

    ☑ Tax Return   ☑ 60 days of pay stubs   ☐ titles to: vehicles _____   ☐ recorded mortgages

    ☐ business's budget   ☐ amortization schedule for _____

OCP to state the following:

    ☐ 100% of tax refunds   ☐ 100% to unsecured creditors

    ☐ Stay is lifted as to _____

    ☐ Plan payments shall increase by $ _____ in _____

Other issues  *****SEE ATTACHED*****
_____

NATURE OF THE PLAN-The Trustee interprets the nature of the Plan to be:

☐ Percentage plan _____ % to unsecured or _____ months from confirmation-whichever is the greater dividend

☑ Base Plan-completed upon the Trustee receiving $  3600.00  in addition to the receipts prior to confirmation.

    Estimated % to unsecured is _____ % in ( _____ ) months.

Confirmation recommended   ☐ Yes _____ % in _____ months   ☑ No

WHEREFORE, unless the above terms are satisfied, the Chapter 13 Trustee requests that this Honorable Court deny confirmation of
the Debtor's (s') Plan, dismiss this case, allow an administrative expense of $100.00 to the Trustee and provide other relief as is just.

/s/ Carl L. Bekofske

Dated:   September 24, 2014

Carl L. Bekofske, Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331., Flint, MI 48502

Diane

(810) 238-4675   ECF@flint13.com
P-10645

- Over debt limit for unsecured
- Amend Schedule A to reflect amount owed on house
- Amend Schedule D for amount owed to Genesee County Treasurer
- Amend Schedule E for amount owed to IRS and State of Michigan (cannot state "unknown"
- Amend Schedule F for account numbers
- Provide SEV on residence
- File all previous tax returns with IRS and State of Michigan

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:                                    Case No: 14-32139-DOF
DEBTOR (S)  Danny Lee Hakes                          CHAPTER 13 PROCEEDINGS
                                                     JUDGE DANIEL OPPERMAN

CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2014, electronically filed the Chapter 13 Trustee's Objection to Confirmation with the Clerk of the Court using the ECF system; which will send notification of such filing to the following:

Jeffrey A. Chimovitz
jeffchim@aol.com

And I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

/s/ Sherry Beasinger
Carl L. Bekofske, Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331., Flint, MI 48502
(810) 238-4675
Email: ECF@flint13.com